NANCY SHY, Plaintiff in Error, *v.* JACKSON & WISDOM, Defendants in Error.

*Error to Pike Circuit Court.*

*D. P. Dyer,* for plaintiff in error.

*Murray & Campbell,* for defendants in error.

BATES, Judge, delivered the opinion of the court.

This case was tried before the court without a jury.   No

instructions or declarations of law were given or refused, and there were no objections to testimony.

A motion for new trial appears to have been made, but it was not made a part of the record by bill of exceptions.

There is no point in the case which we can review.

Judgment affirmed; Judges Bay and Dryden concur.